No. 75–5340. DIGGS v. PALMAN ET AL. Motion for leave to file petition for declaratory and mandatory relief denied.

No. 72–6921. RICHARDSON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO;
No. 73–5335. CAMPBELL v. WALKER, WARDEN; and
No. 73–5343. WILLIAMS v. HENDERSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 72–1454. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari granted.

No. 73–263. COMMISSIONER OF INTERNAL REVENUE v. IDAHO POWER Co. C. A. 9th Cir. Certiorari granted.

No. 72–1513. SHEA, EXECUTIVE DIRECTOR, DEPARTMENT OF SOCIAL SERVICES OF COLORADO, ET AL. v. VIALPANDO. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–1428. ELLER ET AL. v. VAUGHNS ET AL.; and
No. 72–1737. BOARD OF EDUCATION OF PRINCE GEORGES COUNTY ET AL. v. VAUGHNS ET AL. C. A. 4th Cir. Certiorari denied.

No. 72–1499. TSOI v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 72–1619. HARDY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.